# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS



Filed 3/25/2008
Clerk, U. S. District Court
Western District of Texas
By _____
Deputy

UNITED STATES OF AMERICA

V.

JOSE LUIS HERNANDEZ,

## CRIMINAL COMPLAINT

CASE NUMBER: SA-08-246M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 24, 2008, , in the Western District of Texas, the defendant did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved in excess of 5 hundred grams but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine  a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B). I further state that I am a Bexar County Deputy Sheriff assigned to the Drug Enforcement Administration as a Task Force Officer, and that this complaint is based on the following facts:

SEE ATTACHMENT A.

Continued on the attached sheet and made a part hereof:   X  Yes  ___ No

_____
RICHARD ESCOBEDO, Task Force Officer

Sworn to before me and subscribed in my presence on this the 25th day of March, 2008, at San Antonio, Texas.

_____
JOHN W. PRIMOMO
UNITED STATES MAGISTRATE JUDGE

ATTACHMENT "A"

**AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT**

RICHARD ESCOBEDO, BEING DULY SWORN, DEPOSES AND SAYS:

1. I am a Deputy Sheriff with the Bexar County Sheriffs's Office (BCSO), currently assigned to the Narcotics Unit. Since December 2007 I have been assigned to the Drug Enforcement Administration as a Task Force Officer. In addition to the basic law enforcement training I have also received advanced training regarding the controlled substance laws of the State of Texas and the United States.

2. On March 24, 2008 at approximately 7:56 pm, Deputies with the Bexar County Sheriff's Department executed a state narcotics search warrant at 9942 Hawksbill Peak, San Antonio, Texas. Prior to obtaining the warrant Deputies had obtained information from a confidential informant that the defendant JOSE LUIS HERNANDEZ was in possession of a quantity of cocaine. HERNANDEZ had been observed at a car wash near the Hawksbill Peak residence. After being detained at that location HERNANDEZ was observed making a phone call, and yelling to someone to "flush the coke". It was determined that he had called someone at the Hawksbill Peak residence. Due to exigent circumstances entry was made into the residence prior to obtaining the search warrant. Inside the residence Deputies found HERNANDEZ's girlfriend Amanda Barrera and her four children. After the warrant was obtained HERNANDEZ pointed

1

out where the cocaine was and stated that all of the cocaine was his. In the closet pointed out by HERNANDEZ Deputies found approximately 900 grams of cocaine powder. The cocaine was field tested and tested positive for cocaine.

Affiant further sayeth not.

_____
RICHARD ESCOBEDO, TFO

Subscribed and sworn to on this the 25th day of March , 2008.

_____
JOHN W. PRIMOMO
UNITED STATES MAGISTRATE JUDGE

2