FILED
2008 APR -2 PM 2:52
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS HERNANDEZ<br>Defendants | SA 08 CR 190 FB<br>INDICTMENT<br><br>[Vio: 21 U.S.C. §§ 841(a)(1)<br>& 841(b)(1)(B): Possession<br>with Intent to Distribute over<br>500 grams, but less than 5<br>Kilograms of Cocaine; |

THE GRAND JURY CHARGES:

### COUNT ONE
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)]

That on or about March 24, 2008, in the Western District of Texas, Defendant,

**JOSE LUIS HERNANDEZ**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved in excess of five hundred grams and less than five kilograms of Cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)

A TRUE BILL,

[signature redacted]

JOHNNY SUTTON
UNITED STATES ATTORNEY

By: _____
SAM L. PONDER
Assistant United States Attorney